UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 06-61327-CIV-HUCK/SIMONTON

RICHARD F. THOMPSON,
individually and on behalf of
all others similarly situated

    Plaintiff,
vs.

RELATIONSERVE MEDIA, INC., a/k/a
SENDTEC, INC., DANIELLE KARP,
MANDEE HELLER ADLER,
OHAD JEHASSI and
WARREN "PETE" MUSSER,

    Defendants.
_____/

## ORDER

    THIS CAUSE is before the Court upon Plaintiff's Motion to Compel Limited Discovery in Securities Class Action [D.E. #19].  A telephonic hearing on the Motion was held Friday, November 3, 2006.  Having considered the motion and for the reasons stated in open court, it is

    ORDERED AND ADJUDGED that the Motion to Compel Limited Discovery in Securities Class Action is GRANTED.  Defendant SendTec, Inc. shall, on or before November 10, 2006, provide the names and last known addresses of all its current and former principals, officers and directors.  Plaintiff shall file, on or before Monday, November 13, 2006, its amended complaint. Furthermore, Defendant SendTec's Motion to Dismiss [D.E. #15] and Defendant Danielle Karp's Motion to Dismiss [D.E. #22] are DENIED WITHOUT PREJUDICE in anticipation of Plaintiff filing an amended complaint.

    DONE and ORDERED in Chambers at Miami, Florida this 6th day of November, 2006.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
All Counsel of Record